**FILED**
FEB 2 0 2007 NF
Feb. 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| DONALD HAROLD SICKLER<br>2153 Walcott Road, Apartment 204<br>Aurora, IL 60504<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN SANTA FE<br>RAILWAY COMPANY<br><br>Serve: 547 W. Jackson Blvd.<br>Chicago, IL 60661 | CIVIL ACTION<br><br>Cause #:<br><br>07CV960<br>JUDGE KENDALL<br>MAGISTRATE JUDGE VALDEZ<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

COMES NOW Donald Harold Sickler, hereinafter referred to as plaintiff, complaining of BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, hereinafter referred to as defendant, and for his cause of action would respectfully show unto the Court the following:

### Federal Employer's Liability Act

### Count I

1. The plaintiff, Donald Harold Sickler, is a competent adult individual residing at 2153 Walcott Road, Apartment 204, Aurora, IL 60504.

2. The defendant, Burlington Northern Santa Fe Railway Company, (hereinafter referred to as "BNSF"), is a railroad doing business at and whose address for service of process is 547 W. Jackson Blvd., Chicago, IL 60661.

3. This suit is brought pursuant to an Act of Congress known as the Federal Employers' Liability Act, 45 U.S.C. §57 et. seq.

4. At all times hereto, the defendant, BNSF, was engaged in interstate commerce as a common carrier by railroad operating a line and system of railroads in the State of Illinois and other states of the United States.

5. At the time and place hereinafter mentioned, the acts of omission and commission causing injuries to the plaintiff, Donald Harold Sickler, were done by the defendant, BNSF, their agents, servants, workmen, and/or employees acting in the course and scope of their employment with and under the direct and exclusive control of the defendant.

6. At the time and place hereinafter mentioned, the plaintiff, Donald Harold Sickler, was employed by the defendant, BNSF, and was acting in the scope of his employment by the defendant, BNSF, and was engaged in the furtherance of interstate commerce within the meaning of said Act.

7. The injuries and disability of plaintiff, Donald Harold Sickler, while working as an employee of the defendant, BNSF, on September 28, 2006, were caused when he slipped and fell injuring plaintiff's head, back, neck, and foot, among other things.

8. All of the property, equipment, and operations involved in this occurrence hereinafter referred to were owned and/or under the direct and exclusive control of the defendant, BNSF, their agents, servants, workmen, and/or employees.

9. That at said time and place, the defendant, BNSF, was guilty of one or more of the following acts or omissions of negligence, carelessness, and/or recklessness:

    (a) It failed to provide reasonably safe conditions for work; or

    (b) It failed to provide reasonably safe methods of work; or

    (c) It failed to provide reasonably adequate and/or sufficient help; or

    (d) It failed to provide plaintiff with a reasonably safe place to work.

10. As a direct and proximate result, in whole or in part of one or more of the foregoing negligent or unlawful acts on the part of the defendant, BNSF, the plaintiff, Donald Harold Sickler, was caused to suffer the following serious, painful, and permanent injuries, to-wit: Plaintiff suffered injuries to his head, back, neck, and foot, and the vessels, nerves, ligaments and the adjacent structures thereto; Plaintiff has been required to seek

medical treatment and will so in the future; Plaintiff has been required to undergo various diagnostic tests and will so in the future; Plaintiff has lost the wages of his employment and will in the future lose further wages; Plaintiff has sustained injuries and pain and suffering and will so in the future; Plaintiff has expended or obligated himself for necessary and reasonable medical expenses and hospital care and will so in the future; Plaintiff has suffered psychological and emotional injuries; Plaintiff's ability to work, labor, and enjoy the normal pursuits of life has been impaired and lessened all to plaintiff's damages.

WHEREFORE, plaintiff, Donald Harold Sickler, prays that this Court enter Judgment in his Complaint against the defendant, BNSF, for a sum fair and reasonable under the circumstances in excess of One Hundred Thousand Dollars, ($100,000.00), together with plaintiff's costs herein expended.

Plaintiff demands trial
by 12 person jury.

HOLLAND, GROVES, SCHNELLER
& STOLZE, L.L.C.

By: _____
Gerard B. Schneller - #6205863
300 N. Tucker Blvd., Suite 801
St. Louis, Missouri 63101
(314) 241-8111
Attorneys for Plaintiff

- AND -

COONEY & CONWAY
Mr. Robert J. Cooney, Jr.
120 N. LaSalle Street, Suite 30
Chicago, IL 60602
Local Counsel for Plaintiff